IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALan WRINKLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:23-CV-3308-MAB[1] |
| | ) |
| HOYA OPTICAL LABS OF AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal dated March 15, 2024 (Doc. 28), and the Court's Order reflecting this Stipulation of Dismissal (Doc. 29), this matter is voluntarily **DISMISSED with prejudice**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs.

DATED: March 28, 2024

                                                **MONICA A. STUMP,**
                                                **Clerk of Court**

                                                BY:  /s/ Jennifer Jones
                                                           **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
              **MARK A. BEATTY**
              **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 14).